# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 732
:
ORDER AMENDING RULES 120, : SUPREME COURT RULES
127, 140, 160, 166, 182, 185, 187, :
190, 191, 192, 243, 512, 800, 1120,: DOCKET
1127, 1154, 1166, 1182, 1185, :
1187, 1190, 1191, 1243, 1342, :
1512, 1608, 1610, 1635, AND 1800 :
OF THE PENNSYLVANIA :
RULES OF JUVENILE COURT :
PROCEDURE :

# ORDER

**PER CURIAM**

**AND NOW**, this 6th day of April, 2017, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 42 Pa.B 5480 (August 25, 2012):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 120, 127, 140, 160, 166, 182, 185, 187, 190, 191, 192, 243, 512, 800, 1120, 1127, 1154, 1166, 1182, 1185, 1187, 1190, 1191, 1243, 1342, 1512, 1608, 1610, 1635, and 1800 of the Pennsylvania Rules of Juvenile Court Procedure are amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on September 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.